Chong S. Park (CSB # 163451)
Chong.Park@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, CA 94111-4006
Telephone:     (415) 315-6300
Facsimile:     (415) 315-6350

*Attorneys for Plaintiff TruTag Technologies, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUTAG TECHNOLOGIES, INC., | )<br>) |
| Plaintiff, | )<br>) Case No. |
| v. | ) **COMPLAINT**<br>)<br>) **DEMAND FOR JURY TRIAL** |
| PRICEWATERHOUSE COOPERS ADVISORY AUSTRALIA PTY LTD, | )<br>) **PUBLIC VERSION** |
| Defendant. | )<br>) |

**COMPLAINT**

1       Plaintiff TruTag Technologies, Inc. ("TruTag"), by and through its undersigned

2  attorneys, hereby asserts the following claims against Defendant Pricewaterhouse Coopers

3  Advisory Australia Pty Ltd ("PwC Australia") and alleges as follows:

4  **INTRODUCTION**

5       1.     As more fully set forth below, this action arises out of PwC Australia's obvious

6  failure to comply with its contractual obligations to TruTag.  Although the binding agreement

7  between the parties clearly requires PwC Australia ███████████████████████████

8  ████████████ PwC Australia ignored its obligation to ████████████ for nearly a

9  year and a half, instead inducing TruTag to ███████████████████ by expressing its

10  ongoing interest in additional transactions with TruTag that never came to fruition.  Ultimately,

11  PwC Australia attempted to terminate the agreement and refused to ██████████████ under

12  the agreement.  In doing so, PwC Australia breached the agreement between the parties and

13  damaged TruTag.

14  **JURISDICTION**

15       2.     This Court has federal subject matter jurisdiction over this action pursuant to

16  28 U.S.C. § 1332(a)(1) because complete diversity exists between the parties and the amount in

17  controversy exceeds $75,000, exclusive of interest and costs.

18       3.     This Court has personal jurisdiction over PwC Australia because PwC Australia

19  purposely availed itself of the privilege of doing business in California and consented to

20  jurisdiction in the state of California.

21  **VENUE & INTRADISTRICT ASSIGNMENT**

22       4.     Venue lies in this district pursuant to 28 U.S.C. Section 1391(b) because a

23  substantial part of the events or omissions giving rise to the Complaint occurred within this

24  district.

25       5.     Assignment of this action to the San Francisco Division of this Court is

26  appropriate pursuant to Civil L.R. 3-2.  A substantial part of the events or omissions which give

27  rise to the claims in this suit occurred in Alameda County.

28

**COMPLAINT**

**PARTIES**

6.     Plaintiff TruTag Technologies, Inc. is a Delaware corporation with its principal place of business located at 2200 Powell Street, Emeryville, California.

7.     Defendant Pricewaterhouse Coopers Advisory Australia Pty Ltd is, upon information and belief, an Australia company with its principal place of business located at One International Towers, Waterman's Quay, Barangaroo, NSW 2000, Australia.

**FACTUAL ALLEGATIONS**

***TruTag Enters Into a Binding Term Sheet with PwC Australia***

8.     Founded in 2011 and headquartered in Silicon Valley, California, TruTag is a leading provider of smart medicine and other product authentication and brand protection solutions.

9.     One of TruTag's products is a silica microtag-based product identity and security technology solution (the "TruTag Technology") that can be used to trace and authenticate high-volume, modest-cost, high-value items such as those found in the food and beverage industry.

10.     On September 25, 2018, TruTag entered into a binding term sheet (the "Term Sheet," attached hereto as Exhibit A) with PwC Australia, which was at that time ███████ ████████████████████████████████████████████████████████████████ ████████████████████████████

11.     Pursuant to Section 3 of the Term Sheet, TruTag ███████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ███████   Ex. A, § 3.

12.     Section 3 further provided that, ██████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████   *Id.* § 3.

13.     Section 5 of the Term Sheet ████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████

- 2 -

1 ██████████████████████████████████████████████████

2 ██████████████████████████████████████████ *Id.* § 5.

3      14.        █████████████████████████████

4 ██████████████████████████████████████████████████

5 ██████████████████████████████████████████████████

6 ████████████████████

7      15.     The Term Sheet also provided that ███████████████████

8 █████████████████████████████████████ *Id.* § 12.

9 ***PwC Fails to*** ██████████████████████ ***Under the Term Sheet***

10      16.     After the Term Sheet was executed, TruTag and PwC Australia began discussing

11 potential additional business projects █████████████████████████████████████

12 ██████████ These discussions continued throughout 2019 and early 2020, but very few projects

13 came to fruition.

14      17.     ████████████████████████████████████

15 ██████████████████████████████████████████████████

16 ████████████████████████████████ Because of the parties' ongoing

17 discussions, however, and in reliance on PwC Australia's assurances of its continued interest in

18 consummating an additional transaction, TruTag postponed further efforts to ██████████████

19 ███████████

20      18.     ████████████████████████████████████

21 ██████████████████████████████████████████

22 ████████████████████████████████████ TruTag continued to defer taking

23 further action to █████████████ in reliance on the ongoing discussions between the parties.

24      19.     On June 2, 2020, Trent Lund, who was then PwC Australia's Head of Innovation

25 & Ventures, sent an email to TruTag purporting to terminate the Term Sheet.  In his email, Mr.

26 Lund inaccurately stated that "[a]ll outstanding invoices between PwC Australia and TruTag

27 have been paid" and explained that PwC Australia was terminating the Term Sheet due to the

28 imminent spin-off of certain parts of its business and assets to a new company, Unlocked

**COMPLAINT**

1  Ventures.  Mr. Lund added that "[a]s part of the transfer Unlocked Ventures would like to

2  jointly pursue opportunities . . . with TruTag" and that he would "be in touch in the near future

3  to continue this conversation."  Mr. Lund again emphasized that he was "excited for what the

4  future will hold for TruTag and Unlocked Ventures."

5        20.    Over the next two months, TruTag engaged in further discussions with PwC

6  Australia regarding Unlocked Ventures and its potential relationship with TruTag.  Because of

7  these discussions, TruTag continued to postpone its ███████████████████████████████

8  ███████████████████████████

9        21.    On August 5, 2020, ██████████████████████████████████████

10  ████████████████████████████  Approximately two weeks later, PwC Australia sent

11  TruTag a letter stating that it "would like to transfer its rights and obligations under the [Term

12  Sheet] to Unlocked Ventures."

13        22.    Over the next two months, TruTag received no further communications from

14  PwC Australia, and it was unable to establish contact with PwC Australia to discuss the letter or

15  the ████████████████████████████████████

16        23.    Finally, on October 16, 2020, TruTag sent PwC Australia a letter requesting

17  ██████████████████████████████████████████████████████████

18  ████████████████████████████████████  and on February 23, 2021, TruTag

19  sent PwC Australia a second letter reiterating its request.

20        24.    On March 15, 2021, TruTag received a letter from PwC Australia ████████

21  ███████████████████████████████████████████████████

22  ████████████████████████████████████████████████████

23  ███████████████████████████████████████████████████

24  ███████████████████████████████

25        25.    Because of PwC Australia's breach, TruTag has been damaged in an amount no

26  less than ████████████████████████████████████████████████

27  ████████████████████████████████████████████████████

28  ███████████████████████████████

**COMPLAINT**

**FIRST CLAIM FOR RELIEF**

**Breach of Contract**

26.    TruTag realleges and incorporates, as though fully set forth herein, each and every allegation contained in the above paragraphs.

27.    The Term Sheet is a binding contract between TruTag and PwC Australia, and its terms are valid, binding, and enforceable.

28.    TruTag has duly performed each and every condition, covenant, promise and obligation required on its part in accordance with the terms and conditions of this contract.

29.    The Term Sheet provides that PwC Australia is obligated to ███████████ ████████████████████████████████████████████████████████ ████████████████████████████ Pursuant to the Term Sheet, ████████ ███████████████████████████████

30.    PwC Australia has breached the Term Sheet by █████████████ ████████████████████████

31.    As a direct and proximate result of PwC Australia's breach, TruTag has suffered damages.

**SECOND CLAIM FOR RELIEF**

**Breach of the Implied Covenant of Good Faith and Fair Dealing**

32.    TruTag realleges and incorporates, as though fully set forth herein, each and every allegation contained in the above paragraphs.

33.    The Term Sheet contains an implied covenant of good faith and fair dealing under which PwC Australia agreed not to take any action that would deprive TruTag of its rights and benefits under the Term Sheet.

34.    PwC Australia has breached this implied covenant of good faith and fair dealing by engaging in a course of conduct intentionally designed to deprive TruTag of its rights under the Term Sheet.

35.    Specifically, PwC Australia breached the implied covenant of good faith and fair dealing by, among other things, ████████████████████████████████████████

1

2

36.     As a direct and proximate result of PwC Australia's breach of the implied covenant of good faith and fair dealing, TruTag has suffered damages.

## PRAYER FOR RELIEF

WHEREFORE, TruTag prays for judgment against PwC Australia as follows:

1.     Compensatory damages in the amount of ▮▮▮▮▮

2.     TruTag's attorneys' fees and costs;

3.     Pre-judgment and post-judgment interest; and

4.     Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

TruTag demands a trial by jury of all issues so triable as of right by a jury in this action.


Respectfully submitted,


Dated:  April 22, 2021          By:  */s/ Chong S. Park*
                                Chong S. Park (CSB # 163451)
                                **ROPES & GRAY LLP**
                                Three Embarcadero Center
                                San Francisco, CA 94111–4006
                                chong.park@ropesgray.com
                                Telephone: (415) 315-6300
                                Facsimile: (415) 315-6350

                                *Attorneys for Plaintiff TRUTAG*
                                *TECHNOLOGIES, INC.*


*Of Counsel:*
Elena Weissman Davis
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
elena.davis@ropesgray.com
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

- 6 -

**COMPLAINT**