Chong S. Park (CSB # 163451)
Chong.Park@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, CA 94111-4006
Telephone:    (415) 315-6300
Facsimile:    (415) 315-6350

*Attorneys for Plaintiff TruTag Technologies, Inc.*


Stan Roman (CSB # 87652)
Mari Sahakyan Clifford (CSB # 331152)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104
sroman@coblentzlaw.com
mclifford@coblentzlaw.com
Telephone: (415) 772-5752
Facsimile: (415) 989-1663

*Attorneys for Defendant*
*PRICEWATERHOUSE COOPERS ADVISORY AUSTRALIA PTY LTD.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TRUTAG TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSE COOPERS ADVISORY AUSTRALIA PTY LTD, <br><br> Defendant | Case No. 4:21-cv-02943-YGR <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT BY 45 DAYS PENDING SETTLEMENT** <br><br> **[Local Rule 6-1]** <br><br> Before: Hon. Yvonne Gonzalez Rogers |

Pursuant to Fed. R. Civ. Pro. 6(b), Civ. L.R. 6-1(b), 6-2 and 7-12, and Hon. Yvonne Gonzalez Roger's Standing Orders 3, Plaintiff TruTag Technologies, Inc. ("Plaintiff") and Defendant Pricewaterhouse Coopers Advisory Australia Pty Ltd. ("Defendant") (together, the "Parties"), respectfully stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, the Parties have reached an agreement in principle for a settlement to the above captioned action;

WHEREAS, the Parties are in the process of finalizing a written settlement agreement;

WHEREAS, on August 18, 2021, the Parties filed a stipulation in which they agreed to continue the initial Case Management Conference, previously set for August 30, 2021, for thirty (30) days to finalize the settlement (ECF No. 24), which the Court granted on August 26, 2021, resetting the initial Case Management Conference to October 4, 2021 and the Case Management Statement to be filed September 27, 2021 (ECF No. 26);

WHEREAS, the Parties require additional time to finalize a full written settlement and anticipate the process to finalize the settlement will be complete within forty-five (45) days after the end of the initial Case Management Conference, currently set for October 4, 2021;

WHEREAS, the Parties do not wish to burden the Court with unnecessary proceedings while the settlement process is being completed;

WHEREAS, the Parties have met and conferred and have jointly agree that Parties have a reasonable and good faith belief that a continuance of the initial Case Management Conference by forty-five (45) days, or subsequent time thereafter that is convenient for the court, that would allow for more efficient resolution and preserve court and party resources;

WHEREAS, the Parties consider these settlement discussions and agreement to be subject to Fed. R. Evid. 408 and reserve all rights to proceed with this case, without prejudice, if a settlement agreement cannot be finalized in a manner that the Court approves.

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE, by and through their counsel and subject to this Court's approval, that the initial Case Management Conference and related Case Management Statement be continued for at least forty-five (45) days pending finalization of the settlement agreement.

1 **IT IS SO STIPULATED.**

Dated:  September 22, 2021

By: */s/ Chong S. Park*
Chong S. Park (CSB # 163451)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111–4006
chong.park@ropesgray.com
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

*Attorney for Plaintiff*
*TRUTAG TECHNOLOGIES, INC.*

Dated:  September 22, 2021

By: */s/ Stan Roman*
Stan Roman (CSB # 87652)
Mari Sahakyan Clifford (CSB # 331152)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104
sroman@coblentzlaw.com
mclifford@coblentzlaw.com
Telephone: (415) 772-5752
Facsimile: (415) 989-1663

*Attorneys for Defendant*
*PRICEWATERHOUSE COOPERS ADVISORY*
*AUSTRALIA PTY LTD.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Chong S. Park, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: September 22, 2021                                    */s/ Chong S. Park*
                                                                                    Chong S. Park

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and for good cause shown, it is hereby ORDERED that:

1. The initial Case Management Conference, currently scheduled for October 4, 2021, is vacated, along with the date for submission of the Case Management Statement, currently set for September 27, 2021.

2. The Court will reschedule the date of the initial for a Case Management Conference and Case Management Statement for at least forty-five (45) days after the vacated date of October 4, 2021, and September 27, 2021, respectively.

3. The new initial Case Management Conference is rescheduled for _____, 2021.

4. The new deadline to submit a Case Management Statement is rescheduled for _____, 2021.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge