1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 7 **TRUTAG TECHNOLOGIES, INC.,** | Case No. 4:21-CV-2943-YGR |
| 8    Plaintiff, | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| 9    **vs.** | Re: Dkt. No. 27 |
| 10 **PRICEWATERHOUSE COOPERS ADVISORY** **AUSTRALIA PTY LTD,** | |
| 11 | |
| 12    Defendant. | |

13     The parties have filed a joint stipulation to continue the initial case management conference

14 pending settlement.  (Dkt. No. 27.)   Accordingly, it is **ORDERED** that this case is **DISMISSED** and any

15 conferences and deadlines set in this matter are **VACATED**.  It is further **ORDERED** that if any party

16 certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date

17 below, that settlement has not in fact occurred, this order shall be vacated and this case shall be

18 restored to the calendar for further proceedings.

19     This Order terminates the case.

20     **IT IS SO ORDERED.**

21

22 Dated:  **September 27, 2021**

23                                                                          _____
                                                                                  **YVONNE GONZALEZ ROGERS**
24                                                                          **UNITED STATES DISTRICT COURT JUDGE**

25

26

27

28

_United States District Court_
_Northern District of California_